IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROSA ZERTUCHE,<br>*Plaintiff,*<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY<br>AND ANNE OKLESEN,<br><br>*Defendant.* | CIVIL ACTION NO. 5:16-CV-01155 |

### ORDER GRANTING PLAINTIFF'S MOTION
### FOR NON-SUIT WITHOUT PREJUDICE

On this day, the Court considered Plaintiff's Motion for Non-Suit without Prejudice as to Defendants Allstate Insurance Company and Anne Oklesen, and the Court, after considering the motion and evidence before it, is of the opinion that the motion shall be GRANTED. It is therefore,

ORDERED, ADJUDGED, and DECREED that this case against Defendants Allstate Insurance Company and Anne Oklesen is dismissed without prejudice. It is further,

ORDERED, ADJUDGED and DECREED that all costs are to be paid by the party incurring same.

SIGNED this _20_ day of _Dec._, 2016.

_____
UNITED STATES DISTRICT JUDGE

FILED
DEC 20 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK